AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## GREENVILLE DIVISION

Michael Alonzo Rufus, #99284-071

vs.

Federal Bureau of Prisons;
John Does; and NFN Warden

**JUDGMENT IN A CIVIL CASE**

Case Number: 6:06-2403-GRA

[ ]     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ]     **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X]     **Decision on the Record.**  This action came before the court on the record.  The issues have been reviewed and a decision rendered.

**IT IS ORDERED AND ADJUDGED** the case is dismissed without prejudice.

LARRY W. PROPES, Clerk

BY:   _s/Dianne Napier_
             Case Manager

October 26, 2006